**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Northern District of Texas

Case number (if known): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Maple Heights Investments, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 1 7 8 2 1 3 0 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 4622 Maple Avenue, Suite 200 <br> Number    Street <br><br> Attn: Donald L. Silverman <br><br> Dallas, TX 75219 <br> City         State   ZIP Code <br><br> Dallas <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City         State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City         State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor    Maple Heights Investments, LLC    Case number *(if known)* _____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>    5 3 1 3 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. *Check **all** that apply:*<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.   District _____ When _____ Case number _____<br>                                                                                MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                                                                 MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.   Debtor _____   Relationship _____<br>       District _____   When _____<br>                                                                          MM / DD / YYYY<br>       Case number, if known _____ |

Debtor __Maple Heights Investments, LLC_____  Case number *(if known)* _____
      Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                Number    Street

_____
City                State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000
☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

Debtor  Maple Heights Investments, LLC  Case number *(if known)* _____
     Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/24/2021
     MM/ DD/ YYYY

X  /s/ Donald L. Silverman       Donald L. Silverman
Signature of authorized representative of debtor       Printed name

Title  Manager

**18. Signature of attorney**

X  /s/ Vickie L. Driver       Date  03/24/2021
Signature of attorney for debtor       MM/ DD/ YYYY

Vickie L. Driver
Printed name

Crowe & Dunlevy, P.C.
Firm name

2525 McKinnon St., Suite 425
Number  Street

Dallas       TX       75201
City       State       ZIP Code

(214) 420-2140       vickie.driver@crowedunlevy.com
Contact phone       Email address

24026886       TX
Bar number       State

## WRITTEN CONSENT AND RESOLUTION
## OF THE SOLE MANAGER OF MAPLE HEIGHTS INVESTMENTS, LLC

The undersigned, being sole manager ("Manager") of Maple Heights Investments, LLC, (the "Company"), a Texas limited liability company, does by this Written Consent hereby adopt the following Resolution, and agree to take the following actions and adopt the following resolutions:

**WHEREAS,** the undersigned, being Manager of the Company and owning all of the percentage in interests of all the managers of the Company, has reviewed and discussed the Company's current financial viability; and

**WHEREAS,** the Manager has evaluated and considered the information provided and the recommendations of the Company's legal advisors; and

**WHEREAS,** the Manager has determined that it is in the best interest of the Company that the Company file a petition seeking relief under the provisions of chapter 7, title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court");

**IT IS:**

**NOW, THEREFORE RESOLVED,** that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, employees, managers, and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas; and it is

**FURTHER RESOLVED,** that the Manager hereby delegates to Donald L. Silverman, Manager of the Company, authority and control of the Company with regard to management and executive decision making responsibility for the bankruptcy proceedings, to execute and verify a voluntary petition for relief under chapter 7 of the Bankruptcy Code, and to cause same to be filed with the Bankruptcy Court; and it is

**FURTHER RESOLVED,** that Donald L. Silverman is authorized to execute and file all petitions, schedules, lists, motions, pleadings, instruments, affidavits, applications, statements, and all material related hereto, and to take such additional actions as he may deem necessary or proper with a view to the successful prosecution of the Company's chapter 7 case; and it is

**FURTHER RESOLVED,** that Donald L. Silverman is authorized, in the name of and on behalf of the Company, to take or cause to be taken any and all such further action and to incur all such fees and expenses as in his judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any of the foregoing resolutions, including but not limited to the hiring and retention of any and all professionals needed to support, advise or otherwise effectuate the Company's bankruptcy case, and to pay such professionals in connection therewith on the Company's behalf.

**IN WITNESS HEREOF,** this consent is executed this 23 day of March, 2021.

**MANAGER:**

_____
Donald L. Silverman, Manager